# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, On Behalf Of Itself And All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA and JOSEPH M. GREGORY,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:08-cv-02431<br><br>Judge Charles R. Norgle |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Southeastern Pennsylvania Transportation Authority hereby voluntarily dismisses the above-captioned action without prejudice. No opposing party has answered or moved for summary judgment on this complaint.

Dated: July 10, 2008                                  Respectfully submitted,

**LASKY & RIFKIND, LTD.**

By: /s/ Norman Rifkind
Norman Rifkind
nrifkind@laskyrifkind.com
Leigh R. Lasky
lasky@laskyrifkind.com
Amelia S. Newton
newton@laskyrifkind.com
350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone:    (312) 634-0057
Facsimile:     (312) 634-0059

*Local Counsel for Plaintiff*

**SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP**
D. Seamus Kaskela
skaskela@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:     (610) 667-7056

**LABATON SUCHAROW LLP**
Christopher J. Keller
ckeller@labaton.com
Andrei V. Rado
arado@labaton.com
Alan I. Ellman
aellman@labaton.com
140 Broadway
New York, NY 10005
Telephone:    (212) 907-0700
Facsimile:     (212) 818-0177

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Norman Rifkind, hereby certify that on July 10, 2008, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Norman Rifkind
NORMAN RIFKIND